UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23230-CIV-LENARD/WHITE

**ROBERT JOHNSON**,

        Petitioner,

vs.

**WALTER A. McNEIL**,

        Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 23) AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS TIME BARRED (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 23), issued on August 23, 2010.  In his Report, Magistrate Judge White recommends that Petitioner's *pro se* Petition for Write of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on October 23, 2009, be dismissed as time barred.  The Report also provides that any objections may be filed within fourteen days of its receipt by the parties.  To date, no objections to the Report have been filed.  Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report.  *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).  Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 23), issued on August 23, 2010, is

      **ADOPTED.**

2.     Petitioner's *pro se* Petition for Write of Habeas Corpus pursuant to 28 U.S.C. § 2254 (D.E. 1), filed on October 23, 2009, is **DISMISSED** as untimely..

3.     This Case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of September, 2010.

                                      **JOAN A. LENARD**
                                      **UNITED STATES DISTRICT JUDGE**